IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAYLOR ANTHONY BOALS                                                                                    PLAINTIFF
ADC #182537

v.                                              4:23-cv-00606-BSM-JJV

MESSERSMITH,
Nurse Practitioner, Pulaski County Jail                                                         DEFENDANT

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this Recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this Recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

I.   **DISCUSSION**

Taylor Anthony Boals ("Plaintiff") filed this *pro se* action, seeking relief under 42 U.S.C. § 1983, while he was in the Pulaski County Detention Facility ("PCDF"). (Doc. 2). In July 2023, I granted him permission to proceed *in forma pauperis*, advised him of his obligation under Local Rule 5.5(c)(2) to maintain a valid address with the Clerk, and cautioned him this case could be dismissed if he failed to properly do so. (Doc. 3.) It appears Plaintiff received that Order.

However, on September 12, 2023, mail sent by the Court to Plaintiff at the PCDF, which is his last known address, was returned undelivered because he is no longer in that facility. (Doc.

14.)   Accordingly, on September 20, 2023, I entered an Order giving Plaintiff thirty days to update his mailing address and either pay the balance of the filing fee or file a new application to proceed *in forma pauperis*.   (Doc. 17.)   And I cautioned Plaintiff I would recommend dismissal if he did not timely comply with my instructions.

Plaintiff has not complied with my Order, and the time to do so has expired.   This case cannot remain open if the Court and Defendant have no way to contact Plaintiff.   Accordingly, I recommend this case be dismissed without prejudice due to a lack of prosecution.   *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED that:

1. The Complaint (Doc. 2) be DISMISSED without prejudice due to a lack of prosecution, and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

Dated this 25th day of October 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE