IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAYLOR ANTHONY BOALS**                                                             **PLAINTIFF**
*ADC #182537*

v.                                    CASE NO. 4:23-CV-00606-BSM

**MESSERSMITH,**
Nurse Practitioner, Pulaski County Jail                                             **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 19] is adopted. Taylor Boals's complaint is dismissed without prejudice due to a lack of prosecution. It is certified, pursuant to 28 United States Code section 1915(a)(3), that an *in forma pauperis* appeal of this dismissal would not be taken in good faith. Additionally, Messersmith's motion to stay the scheduling order deadlines [Doc. No. 21] is denied as moot. The clerk is directed to close this case.

IT IS SO ORDERED this 14th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE