IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAYLOR ANTHONY BOALS**                                                            **PLAINTIFF**
*ADC #182537*

v.                              CASE NO. 4:23-CV-00606-BSM

**MESSERSMITH,**
**Nurse Practitioner, Pulaski County Jail**                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dimsissed without prejudice.

IT IS SO ORDERED this 14th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE